No. 110.   LOVETT v. UNITED STATES, ante, p. 818;

No. 146.   CHOBOT v. WISCONSIN, ante, p. 15;

No. 167.   OAKLEY v. UNITED STATES, ante, p. 888;

No. 274.   CAFFERATA v. OHIO, ante, p. 834;

No. 314.   KINNEAR-WEED CORP. v. HUMBLE OIL & REFINING CO., ante, p. 890;

No. 318.   GREAT LAKES AIRLINES, INC., ET AL. v. CIVIL AERONAUTICS BOARD, ante, p. 890;

No. 324.   ELGIN, JOLIET & EASTERN RAILWAY CO. v. BORRERO ET AL., ante, p. 891;

No. 445, Misc.   DULBERG v. SCOVILL MANUFACTURING CO. ET AL., ante, p. 882;

No. 463, Misc.   SEPÚLVEDA v. COLORADO, ante, p. 882; and

No. 506, Misc.   OWENS v. ELLIS, CORRECTIONS DIRECTOR, ET AL., ante, p. 33.   Petitions for rehearing denied.

DECEMBER 11, 1961.

No. 244.   DAIRY QUEEN, INC., v. WOOD, U. S. DISTRICT JUDGE, ET AL.   Certiorari, ante, p. 874, to the United States Circuit Court of Appeals for the Third Circuit. Motion of *Donald M. Bowman* for leave to withdraw his appearance as counsel for petitioner granted.

No. 498.   IN RE MCCONNELL.   C. A. 7th Cir.   Certiorari granted.